[No. 69118-0-I.   Division One.   August 12, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN A. JONES III, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01849-7, George N. Bowden, J., entered June 29, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 69362-0-I.   Division One.   August 12, 2013.]

*In the Matter of the Dependency of* S.K.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DOMINIQUE LECHELLE KIRVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02908-3, Christopher A. Washington, J., entered August 30, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 69458-8-I.   Division One.   August 12, 2013.]

*In the Matter of the Dependency of* E.C.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CHRISTOPHER CARR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-7-00209-1, David M. Thorn, J. Pro Tem., entered September 20, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.

[No. 70362-5-I.   Division One.   August 12, 2013.]

AMANDA BRADY, *Individually and as Guardian, Appellant*, v. WILLIAM REINERT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-2-02106-3, Scott A. Collier, J., entered February 21, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Dwyer, J.